FILED

08 MAR 26 PM 3: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 0898     JAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana; |
| ALFREDO M. CHAVEZ JR., | ) | Title 21, U.S.C., Sec. 841(a)(1) – |
| Defendant. | ) | Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about March 18, 2008, within the Southern District of California, defendant ALFREDO M. CHAVEZ JR. did knowingly and intentionally import approximately 48.66 kilograms (approximately 107.05 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CPH:fer:Imperial
3/21/08

<u>Count 2</u>

On or about March 18, 2008, within the Southern District of California, defendant ALFREDO M. CHAVEZ JR. did knowingly and intentionally possess, with intent to distribute, approximately 48.66 kilograms (approximately 107.05 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    CAROLINE P. HAN
    Assistant U.S. Attorney

2