PS 8
(8/88)



# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. CHAVEZ, ALFREDO M. JR.            Docket No. 08CR0898JAH-001

### Petition for Modification of Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Alfredo M. Chavez, Jr. who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 18th day of March, 2008, under the following conditions:

restrict travel to Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination of both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Conditions violated**: not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription.

1. On March 27, 2008, the defendant submitted a urine sample which tested positive for amphetamine and methamphetamine.

**Grounds for violation:** The undersigned received and reviewed written notification from the U. S. Pretrial Services laboratory which confirms the urine sample provided by the defendant on March 27, 2008, tested positive for amphetamine and methamphetamine. The defendant further admitted using methamphetamine on March 26 and 31, 2008.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO PARTICIPATE IN AND SUCCESSFULLY COMPLETE A RESIDENTIAL DRUG PROGRAM AS DIRECTED BY PRETRIAL SERVICES.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 8th day of April, 2008 and ordered filed and made a part of the records in the above case.<br><br>U. S. Magistrate Judge Peter C. Lewis | Executed on: 4/8/08<br><br>Respectfully,<br><br>Yolanda German, U.S. Pretrial Services Officer<br><br>Place __El Centro, California__<br><br>Date __4/8/08__ |