1  **ROBERT R. HENSSLER JR.**
   California State Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Email: Robert_Henssler@fd.org
5
6  Attorneys for Mr. Mateo
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10                        **(HONORABLE BARRY TED MOSKOWITZ )**
11 UNITED STATES OF AMERICA,        )   CASE NO.07cr3276BTM
                                    )
12      Plaintiff,                  )   DATE: May 9, 2008
                                    )   TIME: 8:30 a.m.
13      v.                          )
                                    )   SUPPLEMENT TO DEFENDANT'S
14 MIGUEL MATEO,                    )   MOTION TO DISMISS THE INDICTMENT
                                    )   PREVIOUSLY FILED ON APRIL 21, 2008
15      Defendant.                  )
   _____)
16
17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:
18       KATE MCLORY, UNITED STATES PROBATION OFFICER

19      Miguel Mateo, by and through his attorney, Robert R. Henssler, Jr., and Federal Defenders of San

20 Diego, Inc., hereby files the attached exhibits in support of his motion to dismiss the indictment, filed on April

21 21, 2008 as a supplement to motions previously filed.

22                                       Respectfully submitted,

23                                       /s/ *Robert R. Henssler, Jr.*

24 Dated: April 24, 2008               **ROBERT R. HENSSLER JR.**
                                       Federal Defenders of San Diego, Inc.
25                                     Attorneys for Mr. Mateo
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Luella Mendoza Caldito
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Luella.Caldito@usdoj.gov

A courtesy copy has been served via electronic email to:

Kate McClory
United States Probation Officer
Kate McClory/CASP/09/USCOURTS

Dated: April 24, 2008                                  /s/ Robert R. Henssler, Jr.
                                                       ROBERT R. HENSSLER, JR.
                                                       Federal Defenders of San Diego, Inc.
                                                       225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467 (tel)
                                                       (619) 687-2666 (fax)
                                                       e-mail: Robert_Henssler@fd.org