1
2
3
4
5
6
7
...
28

INDEX TO EXHIBITS

<u>UNITED STATES V. CHAVEZ</u>
08CR0898-BTM

Page

EXHIBIT A    -    Reporter's Transcript of Proceedings January 11, 2007 In
Re: The Impanelment of Grand Jury Panels 07-1 and 07-2 .................. 1

EXHIBIT B    -    Reporter's Transcript of Proceedings January 11, 2007 In
Re: The Impanelment of Grand Jury Panels 07-1 and 07-2 ................ 34