**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Email: Robert_Henssler@fd.org

Attorneys for Mr. Chavez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ )**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr0898-BTM |
| Plaintiff, | ) ) ) | DATE: May 9, 2008<br>TIME: 8:30 a.m. |
| v. | ) ) | SUPPLEMENT TO DEFENDANT'S |
| ALFREDO CHAVEZ, | ) ) | MOTION TO DISMISS THE INDICTMENT<br>PREVIOUSLY FILED ON APRIL 21, 2008 |
| Defendant. | ) ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       STEWART M. YOUNG, ASSISTANT UNITED STATES ATTORNEY

   Alfredo Chavez, by and through his attorney, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., hereby files the attached exhibits in support of his motion to dismiss the indictment, filed on April 21, 2008 as a supplement to motions previously filed.

                                        Respectfully submitted,

                                        /s/ *Robert R. Henssler, Jr.*

Dated: April 24, 2008                   **ROBERT R. HENSSLER JR.**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Chavez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Stewart Michael Young
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: stewart.young@usdoj.gov

Dated: April 24, 2008        /s/ Robert R. Henssler, Jr.
    ROBERT R. HENSSLER, JR.
    Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    e-mail: Robert_Henssler@fd.org