1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Alfredo M. Chavez, Jr.

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,  ) Case No. 08CR0898-JAH
                                )
12 |         Plaintiff,           )
                                )
13 | v.                           ) **CERTIFICATE OF SERVICE**
                                )
14 | ALFREDO M. CHAVEZ, JR.,      )
                                )
15 |         Defendant.           )
    _____ )
16

17 | Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 | Stewart Michael Young
stewart.young@usdoj.gov, lilian.ruiz@usdoj.gov, efile.dkt.gc1@usdoj.gov
19

20 | Respectfully submitted,

21

22 | DATED:   May 7, 2008          /s/ Elizabeth M. Barros
                                  **ELIZABETH M. BARROS**
23 |                              Federal Defenders of San Diego, Inc.
                                  Attorneys for Alfredo M. Chavez, Jr.
24

25

26

27

28