1  **ROBERT R. HENSSLER JR.**
   California State Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  email: Robert_Henssler@fd.org

5  Attorneys for Mr. Chavez

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                    (HONORABLE JOHN A. HOUSTON)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0898-JAH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| ALFREDO CHAVEZ, | ) | |
| Defendant. | ) | |

    I, Alfredo Chavez, acknowledge that my next court date to appear before the Honorable John A. Houston in the United States District Court for the Southern District of California is: **September 22, 2008, at 8:30 a.m.**, for a motion *in limine* hearing.

                                    I declare that the foregoing is true and correct.

DATED:  7/21/08                     _____
                                    Alfredo Chavez
                                    Defendant