**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Stewart Michael Young**
U S Attorney's Office
880 Front Street
Suite 6293
San Diego, CA 92101
(619)557-6228
Fax: (619)235-2757
Email: stewart.young@usdoj.gov

Dated: July 23, 2008

                                                             */s/  Robert R. Henssler*
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org