1  **ROBERT R. HENSSLER, JR.**
   California Bar No. 216165
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Chavez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,          )  CASE NO. 08CR0403-LAB
                                      )
12            Plaintiff,              )  DATE: September 22, 2008
                                      )  TIME: 8:30 a.m.
13 v.                                 )
                                      )  **DEFENDANT'S NOTICE OF MOTIONS AND**
14                                    )  **MOTIONS IN LIMINE TO:**
                                      )  1) EXCLUDE EXPERT TESTIMONY ON THE
15 ALFREDO CHAVEZ,                    )  STREET VALUE OF MARIJUANA;
                                      )  2) EXCLUDE EXPERT TESTIMONY ABOUT THE
16            Defendant.              )  STRUCTURE OF DRUG ORGANIZATIONS;
                                      )  3) EXCLUDE EVIDENCE OF ALLEGED
17                                    )  "NERVOUSNESS" BY DEFENDANT;
                                      )  4) EXCLUDE ACTUAL BAGS OF MARIJUANA
18                                    )  FROM THE COURTROOM;
                                      )  5) PREVENT A COPY OF THE INDICTMENT FROM
19                                    )  BEING SUBMITTED DURING DELIBERATIONS;
                                      )  6) EXCLUDE ANY 404(B) OR 609 EVIDENCE AS
20                                    )  IMPROPER NOTICE HAS BEEN GIVEN;
                                      )  7) EXCLUDE EVIDENCE OF "MUG SHOT"
21                                    )  PHOTOS;
                                      )  8) EXCLUDE POVERTY EVIDENCE;
22                                    )  9) PROHIBIT VOUCHING BY PROSECUTION;
                                      )  10) ALLOW ATTORNEY-CONDUCTED VOIR DIRE;
23 _____  )  11) REQUIRE ALL WITNESSES TO TESTIFY IN
                                      )  "STREET CLOTHES"
24

25 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:
26

27 //

28 //

PLEASE TAKE NOTICE that on September 22, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, defendant, Alfredo Chavez, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## **MOTIONS**

Defendant, Alfredo Chavez, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Exclude Expert Testimony on the Street Value of Marijuana;
2) Exclude Expert Testimony about the Structure of Drug Organizations;
3) Exclude Evidence of Alleged "Nervousness" by Defendant;
4) Exclude Actual Bags of Marijuana from the Courtroom;
5) Prevent a Copy of the Indictment from Being Submitted During Deliberations;
6) Exclude Any 404(b) or 609 Evidence as Improper Notice Has Been Given;
7) Exclude Evidence of "Mug Shot" Photos;
8) Exclude Poverty Evidence;
9) Prohibit Vouching by Prosecution;
10) Allow Attorney-conducted Voir Dire; and
11) Require All Witnesses to Testify in "Street Clothes".

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,


DATED:  September 8, 2008                    */s/ Robert R. Henssler*
                                             ROBERT R. HENSSLER JR
                                             Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Chavez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08CR0403-LAB

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Stewart Young
U S Attorneys Office Southern District of California
Email: Stewart.Young@usdoj.gov

Dated: September 8, 2008                    /s/ Robert R. Henssler, Jr.
                                           ROBERT R. HENSSLER, JR.
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: Robert_Henssler@fd.org

08CR0403-LAB