**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Stewart Young
U S Attorneys Office Southern District of California
Email: Stewart.Young@usdoj.gov

| | |
|---|---|
| Dated: September 8, 2008 | /s/ *Robert R. Henssler, Jr.* |
| | ROBERT R. HENSSLER, JR. |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467  (tel) |
| | (619) 687-2666  (fax) |
| | e-mail: Robert_Henssler@fd.org |